United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kazia Davette McNair  
    Debtor

Case No. 16-18079-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: SaraR      Page 1 of 1      Date Rcvd: Jun 14, 2018  
                       Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2018.  
db        Kazia Davette McNair,   3839 Timothy Ln,   Bethlehem, PA  18020-6950

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2018 at the address(es) listed below:  
           ANDREW J. SHAW   on behalf of Debtor Kazia Davette McNair ajshawesq@gmail.com, abgoodmanesq@gmail.com  
           DAVID B. SCHWARTZ   on behalf of Debtor Kazia Davette McNair david@dbsesq.com, DBSchwartzesq@aol.com  
           FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
           FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
           JAMES RANDOLPH WOOD   on behalf of Creditor   Bethlehem Area School District jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
           JEREMY JOHN KOBESKI   on behalf of Creditor   Citifinancial Servicing LLC paeb@fedphe.com  
           JEROME B. BLANK   on behalf of Creditor   Citifinancial Servicing LLC paeb@fedphe.com  
           LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
           REBECCA ANN SOLARZ   on behalf of Creditor   Carrington Mortgage Services, bkgroup@kmllawgroup.com  
           REBECCA ANN SOLARZ   on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com  
           THOMAS YOUNG.HAE SONG   on behalf of Creditor   Citifinancial Servicing LLC paeb@fedphe.com  
           United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                 TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Kazia Davette McNair
      Debtor(s)

Chapter: 13

Bankruptcy No: 16−18079−ref

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this 14th day of June 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                              Richard E. Fehling
                                              Chief Judge ,
                                              United States Bankruptcy Court