## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:	Kazia Davette McNair	:	Chapter 13
		:
	Debtor.	:	Bankruptcy No.  16-18079 (REF)

## PRAECIPE TO WITHDRAW CLAIM # 6
## OF BETHLEHEM AREA SCHOOL DISTRICT

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim # 6 of Bethlehem Area School District.

**PORTNOFF LAW ASSOCIATES, LTD.**

By:  /s/ James R. Wood, Esquire
James R. Wood, Esquire
2700 Horizon Drive, Suite 100
King of Prussia, PA 19406
(484) 690-9341
Attorney for Bethlehem Area School District

Dated:  July 18, 2018