IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| KAZIA DAVETTE MCNAIR, | )  CASE NO: 16-18079 |
| | )       Chapter 13 |
| Debtor | ) |

Upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses of Allan B. Goodman, Esquire, of Goodman Schwartz & Shaw LLC, counsel for Debtor, Kazia Davette McNair, and after notice and opportunity for hearing, it is

**ORDERED AND DECREED** that Allan B. Goodman, Esquire, of Goodman Schwartz & Shaw LLC be, and he hereby is, allowed compensation as counsel for Debtor, for services rendered in the sum of $1,250.00 in compensation being the total fee of $3,090.00 less $1,840.00 paid by Debtor prior to the Bankruptcy filing with reimbursement of expenses in the sum of $0.00.

BY THE COURT:

**Date: August 10, 2018**

_____
Honorable Richard E. Fehling
United States Bankruptcy Judge