United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kazia Davette McNair  
    Debtor

Case No. 16-18079-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: SaraR    Page 1 of 1    Date Rcvd: Aug 10, 2018  
Form ID: pdf900    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2018.
```
db              Kazia Davette McNair,    3839 Timothy Ln,    Bethlehem, PA 18020-6950
cr             +Bethlehem Area School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
cr             +Wilmington Savings Fund Society, FSB,    Aldridge Pite,LLP,    Janet M. Spears,
                 4375 Judland Drive, Suite 200,    PO Box 17933,    San Diego, CA 92177-7921
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2018 02:18:49      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1
```

      ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2018 at the address(es) listed below:
```
              ANDREW J. SHAW    on behalf of Debtor Kazia Davette McNair ajshawesq@gmail.com,
               abgoodmanesq@gmail.com
              DAVID B. SCHWARTZ    on behalf of Debtor Kazia Davette McNair david@dbsesq.com,
               DBSchwartzesq@aol.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Bethlehem Area School District
               jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              JEREMY JOHN KOBESKI    on behalf of Creditor    Citifinancial Servicing LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Citifinancial Servicing LLC paeb@fedphe.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Carrington Mortgage Services, bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Citifinancial Servicing LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
                                                                                            TOTAL: 12
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| KAZIA DAVETTE MCNAIR, | ) CASE NO:  16-18079 |
| | )     Chapter 13 |
| Debtor | ) |

Upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses of Allan B. Goodman, Esquire, of Goodman Schwartz & Shaw LLC, counsel for Debtor, Kazia Davette McNair, and after notice and opportunity for hearing, it is

**ORDERED AND DECREED** that Allan B. Goodman, Esquire, of Goodman Schwartz & Shaw LLC be, and he hereby is, allowed compensation as counsel for Debtor, for services rendered in the sum of $1,250.00 in compensation being the total fee of $3,090.00 less $1,840.00 paid by Debtor prior to the Bankruptcy filing with reimbursement of expenses in the sum of $0.00.

BY THE COURT:

**Date: August 10, 2018**

_____
Honorable Richard E. Fehling
United States Bankruptcy Judge