THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KAZIA DAVETTE MCNAIR, | ) | CASE NO: 16-18079 |
| | ) | Chapter 13 |
| Debtor | ) | |

### CERTIFICATE OF SERVICE

      I, ALLAN B. GOODMAN, ESQUIRE, counsel for Debtor, do hereby certify that a true and correct copy of Debtor's Motion to Modify Fourth Amended Chapter 13 Plan After Confirmation (which includes the Fifth Amended Plan), Notice of Motion, Response Deadline and Hearing Date and proposed Order have been served been served the 22nd day of April 2019, upon the following by electronic mail, or ECF:

      **SCOTT WATERMAN**
      Chapter 13 Trustee
      2901 St. Lawrence Ave.
      Suite 100
      Reading, PA 19606
      ECF frpa@trustee13.com

      **United States Trustee**
      Office of the U.S. Trustee
      833 Chestnut Street
      Suite 500
      Philadelphia, PA 19107
      Via ECF USTPRegion03.PH.ECF@usdoj.gov

and that on April 22, 2019, a true and correct copy of Debtor's Motion to Modify Fourth Amended Chapter 13 Plan After Confirmation (which includes the Fifth Amended Plan), Notice of Motion, Response Deadline and Hearing Date and proposed Order was served upon the following by United States First Class Mail, postage prepaid:

      CitiFinancial Servicing LLC
      605 Munn Road E
      Fort Mill, SC 29715-8421

Department of Water and Sewer Resources
10 E. Church Street
Bethlehem, PA 18018-6005

Penna Auto
165 Lincoln Highway
Fairless Hills, PA 19030-1012

Jeffrey P. Kelly, Esquire
P.O. Box 391
Norristown, PA 19404-0391

Milstead & Associates, LLC
1 E. Stow Road
Marlton, NJ 08053-3118

Kazia Davette McNair
3839 Timothy Lane
Bethlehem, PA 18020-6950

Dated: <u>April 22, 2019</u>              <u>/s/ Allan B. Goodman, Esquire</u>
                                          Allan B. Goodman, Esquire
                                          Goodman Schwartz & Shaw LLC
                                          Counsel for Debtor
                                          514 Fullerton Avenue, Suite 2
                                          Whitehall, PA 18052
                                          Phone:  610-434-2023
                                          Fax:    610-432-4552
                                          I.D. No.: 07859