United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-18079-amc
Kazia Davette McNair                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR              Page 1 of 2              Date Rcvd: Jun 04, 2019
                              Form ID: 167             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2019.
```
db             Kazia Davette McNair,    3839 Timothy Ln,    Bethlehem, PA 18020-6950
cr            +Wilmington Savings Fund Society, FSB,    Aldridge Pite,LLP,    Janet M. Spears,
               4375 Judland Drive, Suite 200,    PO Box 17933,    San Diego, CA 92177-7921
13886529      +Bethlehem Area School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
               Norristown, PA 19404-3020
13825526       Bethlehem Area School District,    c/o PSDALF,   PO Box 824485,    Philadelphia, PA 19182-4485
14088670      +Carrington Mortgage Services,,    c/o KML Law Group, P.C.,    710 Market Street,   Suite 5000,
               Philadelphia, PA 19106-2312
13825528       CitiFinancial Servicing LLC,    605 Munn Rd E,    Fort Mill, SC 29715-8421
13857956       CitiFinancial Servicing LLC,    P.O. Box 6043,    Sioux Falls, SD 57117-6043
13825530       Department of Water and Sewer Resources,    10 E Church St,    Bethlehem, PA 18018-6005
13872484      +Family Dental Service, PC,    c/o Hamilton Law Group,    PO BOX 90301,   Allentown, PA 18109-0301
13825531       Financial Recoveries,    200 E Park Dr,    Mount Laurel, NJ 08054-1297
13825532       Hamilton Law Group,    PO Box 90301,    Allentown, PA 18109-0301
13825533       Hudson Acceptance, LLC,    190 Monroe St Ste 201,    Hackensack, NJ 07601
13825534       Jeffrey P. Kelly, Esquire,    PO Box 391,    Norristown, PA 19404-0391
13825535       Milstead & Associates, LLC,    1 E Stow Rd,    Marlton, NJ 08053-3118
13825536       Patricia McNair,    3839 Timothy Ln,    Bethlehem, PA 18020-6950
13825538       Penna Auto,    165 Lincoln Hwy,    Fairless Hills, PA 19030-1012
13921551       Progressive Physician Associates,    c/o AmeriCollect Inc.,    Manitowoc, Wi 54221
14005980      +Wilmington Savings Fund Society, FSB,    Janet M. Spears,    4375 Judland Drive, Suite 200,
               PO Box 17933,    San Diego, CA 92177-7921
14018392      +Wilmington Savings Fund Society, FSB,    Carrington Mortgage Services, LLC,
               1600 South Douglass Road,    Anaheim, CA 92806-5948
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2019 03:07:05      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13825524       E-mail/Text: ebn@americollect.com Jun 05 2019 03:03:28      Americollect,   1851 S Alverno Rd,
               Manitowoc, WI 54220-9208
13825523       E-mail/Text: bankruptcy@rentacenter.com Jun 05 2019 03:04:01      Acceptance Now,
               5501 Headquarters Dr,    Plano, TX 75024-5837
13825525       E-mail/Text: EBN_Greensburg@Receivemorermp.com Jun 05 2019 03:04:06
               Berks Credit & Collections,    PO Box 329,    Temple, PA 19560-0329
13825527       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 05 2019 03:06:46
               Capital One Bank, USA,    PO Box 30281,    Salt Lake City, UT 84130-0281
13825529       E-mail/Text: electronicbkydocs@nelnet.net Jun 05 2019 03:03:27      Department of ED/Nelnet,
               3015 S Parker Rd Ste 400,    Aurora, CO 80014-2904
13872240       E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 05 2019 03:03:32      Jefferson Capital Systems LLC,
               Po Box 7999,    Saint Cloud Mn 56302-9617
13928300       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 05 2019 03:06:49
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13873035      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 05 2019 03:07:33
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13866844      +E-mail/Text: electronicbkydocs@nelnet.net Jun 05 2019 03:03:27
               U.S. Department of Education C/O Nelnet,    121 S 13TH ST, SUITE 201,   LINCOLN, NE 68508-1911
                                                                                              TOTAL: 10
```

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*           +Bethlehem Area School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
               Norristown, PA 19404-3020
13886532*     +Bethlehem Area School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
               Norristown, PA 19404-3020
13825565     ##+Goodman Schwartz & Shaw LLC,    44 E. Broad Street, Suite 15,    Bethlehem, PA 18018-5920
13825537      ##Penn Credit Corporation,    916 S 14th St,    Harrisburg, PA 17104-3425
                                                                                      TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-4          User: SaraR              Page 2 of 2          Date Rcvd: Jun 04, 2019
                              Form ID: 167             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2019 at the address(es) listed below:
              ANDREW J. SHAW    on behalf of Debtor Kazia Davette McNair ajshawesq@gmail.com,
               abgoodmanesq@gmail.com
              DAVID B. SCHWARTZ    on behalf of Debtor Kazia Davette McNair david@dbsesq.com,
               DBSchwartzesq@aol.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Bethlehem Area School District
               jwood@portnoffonline.com,  jwood@ecf.inforuptcy.com
              JEREMY JOHN KOBESKI    on behalf of Creditor    Citifinancial Servicing LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Citifinancial Servicing LLC paeb@fedphe.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Carrington Mortgage Services, bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Citifinancial Servicing LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 12
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Kazia Davette McNair
    Debtor(s)

Case No: 16–18079–amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion to Modify Plan Chapter 13 post confirmation Filed by Kazia Davette McNair Represented by DAVID B. SCHWARTZ.

\*\*Hearing rescheduled from 06/13/2019 at 9:30 AM
to 7/11/2019 at 11:00 AM\*\*

on: 7/11/19

at: 11:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  6/4/19

Timothy B. McGrath
Clerk of Court

63 – 60
Form 167