THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KAZIA DAVETTE MCNAIR, | ) | CASE NO: 16-18079 |
| | ) | Chapter 13 |
| Debtor | ) | |

### ORDER GRANTING MOTION TO MODIFY FIFTH
### AMENDED CHAPTER 13 PLAN AFTER CONFIRMATION

Upon consideration of Debtor's Motion for an Order approving her proposed modified Sixth Amended Chapter 13 Plan After Confirmation, and, after notice and opportunity to object sent to all parties in interest, it is hereby **ORDERED** that Debtor's modified Sixth Amended Chapter 13 Plan After Confirmation attached to her Motion is hereby confirmed.

BY THE COURT:

**Date: July 11, 2019**

_____
HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge