United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-18079-amc
Kazia Davette McNair                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: Stacey              Page 1 of 1              Date Rcvd: Jul 11, 2019
                             Form ID: pdf900           Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2019.
```
db              Kazia Davette McNair,    3839 Timothy Ln,    Bethlehem, PA  18020-6950
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Bethlehem Area School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
cr             +Wilmington Savings Fund Society, FSB,    Aldridge Pite,LLP,    Janet M. Spears,
                 4375 Judland Drive, Suite 200,    PO Box 17933,    San Diego, CA 92177-7921
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 12 2019 11:05:14
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 12 2019 11:05:27      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2019 03:01:32      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 3

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2019 at the address(es) listed below:
```
              ANDREW J. SHAW    on behalf of Debtor Kazia Davette McNair ajshawesq@gmail.com,
               abgoodmanesq@gmail.com
              DAVID B. SCHWARTZ    on behalf of Debtor Kazia Davette McNair david@dbsesq.com,
               DBSchwartzesq@aol.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Bethlehem Area School District
               jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              JEREMY JOHN KOBESKI    on behalf of Creditor    Citifinancial Servicing LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Citifinancial Servicing LLC paeb@fedphe.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Carrington Mortgage Services, bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Citifinancial Servicing LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 12
```

THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| KAZIA DAVETTE MCNAIR, ) | CASE NO: 16-18079 |
| ) | Chapter 13 |
| Debtor ) | |

**ORDER GRANTING MOTION TO MODIFY FIFTH
AMENDED CHAPTER 13 PLAN AFTER CONFIRMATION**

Upon consideration of Debtor's Motion for an Order approving her proposed modified Sixth Amended Chapter 13 Plan After Confirmation, and, after notice and opportunity to object sent to all parties in interest, it is hereby **ORDERED** that Debtor's modified Sixth Amended Chapter 13 Plan After Confirmation attached to her Motion is hereby confirmed.

BY THE COURT:

**Date: July 11, 2019**

_____
HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge