| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 16-18079-PMM

KAZIA DAVETTE MCNAIR
3839 TIMOTHY LN
BETHLEHEM  PA    18020-6950

Petition Filed Date: 11/18/2016
341 Hearing Date: 03/07/2017
Confirmation Date: 06/14/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2019 | $763.71 | | 02/20/2019 | $763.71 | | 03/19/2019 | $763.71 | |
| 04/18/2019 | $763.71 | | 05/28/2019 | $411.18 | | 07/08/2019 | $411.18 | |
| 08/01/2019 | $411.18 | | 08/30/2019 | $411.18 | | 10/08/2019 | $411.18 | 6240667000 |
| 11/12/2019 | $411.18 | 6318256000 | 12/26/2019 | $411.18 | 6418898000 | 01/17/2020 | $411.18 | 6489742000 |
| 02/20/2020 | $411.18 | 6573278000 | 04/07/2020 | $411.18 | 6697029000 | 05/18/2020 | $411.18 | 6791798000 |
| 07/06/2020 | $411.18 | 6919857000 | | | | | | |

**Total Receipts for the Period: $7,989.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $20,331.86**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | BETHLEHEM AREA SCHOOL DISTRICT »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CARRINGTON MORTGAGE SERVICES LLC »» 02P | Mortgage Arrears | $1,998.14 | $1,415.64 | $582.50 |
| 2 | CARRINGTON MORTGAGE SERVICES LLC »» 002 | Mortgage Arrears | $21,997.39 | $15,584.74 | $6,412.65 |
| 5 | HAMILTON LAW GROUP »» 005 | Unsecured Creditors | $2,399.89 | $0.00 | $2,399.89 |
| 4 | JEFFERSON CAPITAL SYSTEMS LLC »» 004 | Unsecured Creditors | $312.69 | $0.00 | $312.69 |
| 7 | PROGRESSIVE PHYSICIAN ASSOCIATES »» 007 | Unsecured Creditors | $1,270.00 | $0.00 | $1,270.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $734.05 | $0.00 | $734.05 |
| 3 | US DEPT OF EDUCATION »» 003 | Unsecured Creditors | $4,757.39 | $0.00 | $4,757.39 |
| 9 | GOODMAN SCHWARTZ & SHAW LLC »» 009 | Attorney Fees | $1,250.00 | $1,250.00 | $0.00 |
| 0 | ANDREW J SHAW ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | DAVID B SCHWARTZ ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 16-18079-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,331.86 | Current Monthly Payment: | $411.18 |
| Paid to Claims: | $18,250.38 | Arrearages: | $1,233.54 |
| Paid to Trustee: | $1,711.42 | Total Plan Base: | $27,733.07 |
| Funds on Hand: | $370.06 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.