THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KAZIA DAVETTE MCNAIR, | ) | CASE NO: 16-18079 |
| | ) | Chapter 13 |
| Debtor | ) | |

**CERTIFICATE OF SERVICE**

      I, ALLAN B. GOODMAN, ESQUIRE, counsel for Debtor, do hereby certify that a true and correct copy of Debtor's Motion to Modify Sixth Amended Chapter 13 Plan After Confirmation (which includes the Seventh Amended Plan), Notice of Motion, Response Deadline and Hearing Date and proposed Order have been served been served the 10th day of November 2020, upon the following by electronic mail, or ECF:

**SCOTT WATERMAN**
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
ECF frpa@trustee13.com

**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
Via ECF USTPRegion03.PH.ECF@usdoj.gov

and that on November 10, 2020, a true and correct copy of Debtor's Motion to Modify Sixth Amended Chapter 13 Plan After Confirmation (which includes the Seventh Amended Plan), Notice of Motion, Response Deadline and Hearing Date and proposed Order was served upon the following by United States First Class Mail, postage prepaid:

CitiFinancial Servicing LLC
605 Munn Road E
Fort Mill, SC 29715-8421

Department of Water and Sewer Resources
10 E. Church Street
Bethlehem, PA 18018-6005

Penna Auto
165 Lincoln Highway
Fairless Hills, PA 19030-1012

Jeffrey P. Kelly, Esquire
P.O. Box 391
Norristown, PA 19404-0391

Milstead & Associates, LLC
1 E. Stow Road
Marlton, NJ 08053-3118

Kazia Davette McNair
3839 Timothy Lane
Bethlehem, PA 18020-6950


Dated: November 10, 2020         /s/ Allan B. Goodman, Esquire
                                 Allan B. Goodman, Esquire
                                 Goodman Schwartz & Shaw LLC
                                 Counsel for Debtor
                                 514 Fullerton Avenue, Suite 2
                                 Whitehall, PA 18052
                                 Phone:  610-434-2023
                                 Fax:    610-432-4552
                                 I.D. No.: 07859