THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| KAZIA DAVETTE MCNAIR, ) | CASE NO: 16-18079 |
| ) | Chapter 13 |
| Debtor ) | |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

**NOTICE IS HEREBY GIVEN THAT:**

Debtor, by and through his counsel, Allan B. Goodman, Esquire, has filed a Motion to Modify Sixth Amended Chapter 13 Plan After Confirmation.

**Your rights may be affected. You should read this Notice carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the Application or if you want the Court to consider your views on the Application, then on or before **November 24, 2020**, you or your attorney must do **all** of the following:

    a. File an Answer, Objection, Request for Hearing, or other responsive pleading explaining your position at the Office of the Clerk of the Court, United States Bankruptcy Court for the Eastern District of Pennsylvania, The Madison, Third Floor, 400 Washington Street, Reading, Pennsylvania 19601. If you mail your Answer, Objection, Request for Hearing, or other responsive pleading to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and,

    b. Mail a copy to counsel for the Debtor:
Allan B. Goodman, Esquire, Goodman Schwartz & Shaw LLC, 514 Fullerton Avenue, Suite 2, Whitehall, PA 18052; Telephone No. 610-434-2023; Fax No. 610-432-4552.

2.  If you or your attorney do not take the steps described in Paragraphs 1.a. and 1.b. above and attend any hearing relating thereto scheduled by the Court, the Court may enter an Order granting the relief requested in the Application.

3.  A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on **December 10, 2020, at 11:00 a.m.** in the United States Bankruptcy Court, The Gateway Building, 201 Penn Street, 4th Floor, Reading, PA 19601.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner described by Fed. R. Bankr. P. 9014(d).

4.  If a copy of the Application is not enclosed, a copy of the Application will be provided to you if you request a copy from the attorney named in Paragraph 1.b.

5.  If a timely Answer, Objection, Request for Hearing, or other responsive pleading is not filed to the Application, Applicant shall file a Certification of No Opposition and the matter then may be decided by the Court without a hearing.

6.  You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing will be held or has been cancelled because no one filed an Answer, Objection, Request for Hearing, or other responsive pleading.

DATED:  November 10, 2020              /s/ Allan B. Goodman, Esquire
                                        Allan B. Goodman, Esquire
                                        Attorney for Debtor
                                        Goodman Schwartz & Shaw LLC
                                        514 Fullerton Avenue, Suite 2
                                        Whitehall, PA 18052
                                        Phone No:  610-434-2023
                                        FAX No:    610-432-4552
                                        I.D. #07859