THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KAZIA DAVETTE MCNAIR, | ) | CASE NO: 16-18079 |
| | ) | Chapter 13 |
| Debtor | ) | |

**ORDER GRANTING MOTION TO MODIFY SIXTH
AMENDED CHAPTER 13 PLAN AFTER CONFIRMATION**

Upon consideration of Debtor's Motion for an Order approving her proposed modified Seventh Amended Chapter 13 Plan After Confirmation, and, after notice and opportunity to object sent to all parties in interest, it is hereby **ORDERED** that Debtor's modified Seventh Amended Chapter 13 Plan After Confirmation attached to her Motion is hereby confirmed.

BY THE COURT:

*Patricia M. Mayer*

HONORABLE PATRICIA M. MAYER
United States Bankruptcy Judge

**Date: January 8, 2021**