United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Kazia Davette McNair  
    Debtor(s)

Case No. 16-18079-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Jan 08, 2021      Form ID: pdf900      Total Noticed: 11

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kazia Davette McNair, 3839 Timothy Ln, Bethlehem, PA 18020-6950 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | Bethlehem Area School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | + | Wilmington Savings Fund Society, FSB, Aldridge Pite,LLP, Janet M. Spears, 4375 Judland Drive, Suite 200, PO Box 17933 San Diego, CA 92177-7921 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 09 2021 04:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 09 2021 04:51:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2021 04:14:44 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 10, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW J. SHAW | on behalf of Debtor Kazia Davette McNair ajshawesq@gmail.com abgoodmanesq@gmail.com |
| DAVID B. SCHWARTZ | on behalf of Debtor Kazia Davette McNair david@dbsesq.com DBSchwartzesq@aol.com |
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Bethlehem Area School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JEREMY JOHN KOBESKI | on behalf of Creditor Citifinancial Servicing LLC jkobeski@grenenbirsic.com |
| JEROME B. BLANK | on behalf of Creditor Citifinancial Servicing LLC paeb@fedphe.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Carrington Mortgage Services bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Citifinancial Servicing LLC paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KAZIA DAVETTE MCNAIR, | ) | CASE NO: 16-18079 |
| | ) | Chapter 13 |
| Debtor | ) | |

**ORDER GRANTING MOTION TO MODIFY SIXTH
<u>AMENDED CHAPTER 13 PLAN AFTER CONFIRMATION</u>**

Upon consideration of Debtor's Motion for an Order approving her proposed modified Seventh Amended Chapter 13 Plan After Confirmation, and, after notice and opportunity to object sent to all parties in interest, it is hereby **ORDERED** that Debtor's modified Seventh Amended Chapter 13 Plan After Confirmation attached to her Motion is hereby confirmed.

BY THE COURT:

*Patricia M. Mayer*

**Date: January 8, 2021**

HONORABLE PATRICIA M. MAYER
United States Bankruptcy Judge