| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 16-18079-PMM**

KAZIA DAVETTE MCNAIR
3839 TIMOTHY LN
BETHLEHEM  PA    18020-6950

Petition Filed Date: 11/18/2016
341 Hearing Date: 03/07/2017
Confirmation Date: 06/14/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/17/2020 | $411.18 | 6489742000 | 02/20/2020 | $411.18 | 6573278000 | 04/07/2020 | $411.18 | 6697029000 |
| 05/18/2020 | $411.18 | 6791798000 | 07/06/2020 | $411.18 | 6919857000 | 08/28/2020 | $411.18 | 7041841000 |
| 10/23/2020 | $411.18 | 7177105000 | 11/20/2020 | $549.00 | 7247579000 | 12/18/2020 | $549.00 | 7315979000 |
| 01/15/2021 | $549.00 | 7381531000 | 03/04/2021 | $549.00 | 7501355000 | 03/26/2021 | $549.00 | 7552123000 |
| 04/23/2021 | $549.00 | 7618535000 | 05/21/2021 | $549.00 | 7685140000 | | | |

**Total Receipts for the Period:  $6,721.26    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $24,997.22**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | BETHLEHEM AREA SCHOOL DISTRICT »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CARRINGTON MORTGAGE SERVICES LLC »» 02P | Mortgage Arrears | $1,998.14 | $1,764.22 | $233.92 |
| 2 | CARRINGTON MORTGAGE SERVICES LLC »» 002 | Mortgage Arrears | $21,997.39 | $19,422.10 | $2,575.29 |
| 5 | HAMILTON LAW GROUP »» 005 | Unsecured Creditors | $2,399.89 | $0.00 | $2,399.89 |
| 4 | JEFFERSON CAPITAL SYSTEMS LLC »» 004 | Unsecured Creditors | $312.69 | $0.00 | $312.69 |
| 7 | PROGRESSIVE PHYSICIAN ASSOCIATES »» 007 | Unsecured Creditors | $1,270.00 | $0.00 | $1,270.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $734.05 | $0.00 | $734.05 |
| 3 | US DEPT OF EDUCATION »» 003 | Unsecured Creditors | $4,757.39 | $0.00 | $4,757.39 |
| 9 | GOODMAN SCHWARTZ & SHAW LLC »» 009 | Attorney Fees | $1,250.00 | $1,250.00 | $0.00 |
| 0 | ANDREW J SHAW ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | DAVID B SCHWARTZ ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 16-18079-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,997.22 | Current Monthly Payment: | $549.00 |
| Paid to Claims: | $22,436.32 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,066.80 | Total Plan Base: | $27,733.07 |
| Funds on Hand: | $494.10 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.