B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania

**In re:** Kazia Davette McNair　　　　　　　　　　　　**Case No.** 16-18079

## Amended

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee: | Name of Transferor: |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB AS TRUSTEE OF WV 2017-1 GRANTOR TRUST | Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A |

Name and Address where notices to Transferee should be sent:

Carrington Mortgage Services, LLC
1600 S. Douglass Rd.
Anaheim, CA 92806

Court Claim # (if known): 2-1

Amount of Claim: $94,502.35
Date Claim Filed: 01/27/2017

Phone: 800.561.4567
Last Four Digits of Acct #: 8791

Phone: 866.243.5851
Last Four Digits of Acct #: 8791

Name and Address where Transferee payments should be sent (if different from above):

Carrington Mortgage Services, LLC
P.O. Box 660589
Dallas, TX  75266-0586

Phone: 800.561.4567
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Shabrena Lynch-Horton　　　　　　　　　　　　Date: 8/3/2021
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Pennsylvania

*In Re:* Kazia Davette McNair                                        **Case No.** 16-18079

**Debtor(s)**

**Chapter 13**

**CERTIFICATE OF SERVICE**

I hereby certify that on 8/3/2021, a true and correct copy of the foregoing Transfer of Claim was served upon all interested parties pursuant to the Court's CM/ECF system.

By: /s/Shabrena Lynch-Horton
Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F
C/O Carrington Mortgage Services, LLC
1425 Greenway Drive, Suite 250
Irving, TX  75038

Debtor through the debtor's attorney of record

Kazia Davette McNair
3839 Timothy Ln
Bethlehem, PA 18020-6950

Debtor's Counsel
DAVID B. SCHWARTZ
david@dbsesq.com

Trustee
SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

U.S. Trustee (if applicable)
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106