United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Kazia Davette McNair  
    Debtor

Case No. 16-18079-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Dec 21, 2021      Form ID: 138OBJ      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kazia Davette McNair, 3839 Timothy Ln, Bethlehem, PA 18020-6950 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 13825526 | | Bethlehem Area School District, c/o PSDALF, PO Box 824485, Philadelphia, PA 19182-4485 |
| 13886529 | + | Bethlehem Area School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14088670 | + | Carrington Mortgage Services,, c/o KML Law Group, P.C., 710 Market Street, Suite 5000, Philadelphia, PA 19106-2312 |
| 13825528 | | CitiFinancial Servicing LLC, 605 Munn Rd E, Fort Mill, SC 29715-8421 |
| 13857956 | | CitiFinancial Servicing LLC, P.O. Box 6043, Sioux Falls, SD 57117-6043 |
| 13825530 | | Department of Water and Sewer Resources, 10 E Church St, Bethlehem, PA 18018-6005 |
| 13872484 | + | Family Dental Service, PC, c/o Hamilton Law Group, PO BOX 90301, Allentown, PA 18109-0301 |
| 13825531 | | Financial Recoveries, 200 E Park Dr, Mount Laurel, NJ 08054-1297 |
| 13825565 | + | Goodman Schwartz & Shaw LLC, 44 E. Broad Street, Suite 15, Bethlehem, PA 18018-5920 |
| 13825532 | | Hamilton Law Group, PO Box 90301, Allentown, PA 18109-0301 |
| 13825533 | | Hudson Acceptance, LLC, 190 Monroe St Ste 201, Hackensack, NJ 07601 |
| 13825534 | | Jeffrey P. Kelly, Esquire, PO Box 391, Norristown, PA 19404-0391 |
| 13825535 | | Milstead & Associates, LLC, 1 E Stow Rd, Marlton, NJ 08053-3118 |
| 13825536 | | Patricia McNair, 3839 Timothy Ln, Bethlehem, PA 18020-6950 |
| 13825538 | | Penna Auto, 165 Lincoln Hwy, Fairless Hills, PA 19030-1012 |
| 13921551 | | Progressive Physician Associates, c/o AmeriCollect Inc., Manitowoc, Wi 54221 |
| 14005980 | + | Wilmington Savings Fund Society, FSB, Janet M. Spears, 4375 Judland Drive, Suite 200, PO Box 17933, San Diego, CA 92177-7921 |
| 14018392 | + | Wilmington Savings Fund Society, FSB, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 21 2021 23:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 21 2021 23:22:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13825524 | | Email/Text: ebn@americollect.com | Dec 21 2021 23:22:00 | Americollect, 1851 S Alverno Rd, Manitowoc, WI 54220-9208 |
| 13825523 | | Email/Text: bankruptcy@rentacenter.com | Dec 21 2021 23:22:00 | Acceptance Now, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 13825525 | | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Dec 21 2021 23:22:00 | Berks Credit & Collections, PO Box 329, Temple, PA 19560-0329 |
| 13825527 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2021 | Form ID: 138OBJ | Total Noticed: 35 |

|  |  | Dec 21 2021 23:21:28 | Capital One Bank, USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
|---|---|---|---|
| 13825529 | Email/Text: electronicbkydocs@nelnet.net | Dec 21 2021 23:22:00 | Department of ED/Nelnet, 3015 S Parker Rd Ste 400, Aurora, CO 80014-2904 |
| 13872240 | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 21 2021 23:22:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 13928300 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 21 2021 23:21:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13873035 | + Email/PDF: rmscedi@recoverycorp.com | Dec 21 2021 23:21:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13866844 | + Email/Text: electronicbkydocs@nelnet.net | Dec 21 2021 23:22:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13886532 | *+ | Bethlehem Area School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 13825537 | ## | Penn Credit Corporation, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 23, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW J. SHAW | on behalf of Debtor Kazia Davette McNair ashaw@norris-law.com abgoodmanesq@gmail.com |
| DAVID B. SCHWARTZ | on behalf of Debtor Kazia Davette McNair david@dbsesq.com DBSchwartzesq@aol.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Bethlehem Area School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JEREMY J. KOBESKI | on behalf of Creditor Citifinancial Servicing LLC jkobeski@grenenbirsic.com |
| JEROME B. BLANK | on behalf of Creditor Citifinancial Servicing LLC paeb@fedphe.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 21, 2021 | Form ID: 138OBJ | Total Noticed: 35 |

REBECCA ANN SOLARZ
    on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Carrington Mortgage Services  bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor Citifinancial Servicing LLC tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Kazia Davette McNair
      Debtor(s)

Case No: 16−18079−pmm

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      United States Bankruptcy Court
      Office of the Clerk, Gateway Building
      201 Penn Street, 1st Floor
      Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/21/21