# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kazia Davette McNair aka Kazia D. McNair<br>Debtor(s)<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB AS TRUSTEE OF WV 2017-1 GRANTOR TRUST<br>Moving Party<br>v.<br>Kazia Davette McNair aka Kazia D. McNair<br>Debtor(s)<br><br>Scott Waterman Esq.<br>Trustee | CHAPTER 13<br>BK NO: 16-18079 PMM |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion Request an Extension of Time, it is hereby:

**ORDERED** that the deadline to file the Response to Notice of Final Cure be extended to February 10, 2022

.

Dated: 1/12/22

_Patricia M. Mayer_

United States Bankruptcy Judge
Hon. Patricia M. Mayer