United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 16-18079-pmm

Kazia Davette McNair     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 12, 2022 | Form ID: pdf900 | Total Noticed: 11 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kazia Davette McNair, 3839 Timothy Ln, Bethlehem, PA 18020-6950 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | Bethlehem Area School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | + | Wilmington Savings Fund Society, FSB, Aldridge Pite,LLP, Janet M. Spears, 4375 Judland Drive, Suite 200, PO Box 17933 San Diego, CA 92177-7921 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2022 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 13 2022 00:07:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2022 00:09:11 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2022          Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW J. SHAW | on behalf of Debtor Kazia Davette McNair ashaw@norris-law.com abgoodmanesq@gmail.com |
| DAVID B. SCHWARTZ | on behalf of Debtor Kazia Davette McNair david@dbsesq.com DBSchwartzesq@aol.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB AS TRUSTEE OF WV 2017-1 GRANTOR TRUST bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Bethlehem Area School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JEREMY J. KOBESKI | on behalf of Creditor Citifinancial Servicing LLC jkobeski@grenenbirsic.com |
| JEROME B. BLANK | on behalf of Creditor Citifinancial Servicing LLC paeb@fedphe.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB AS TRUSTEE OF WV 2017-1 GRANTOR TRUST bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Carrington Mortgage Services bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS SONG | on behalf of Creditor Citifinancial Servicing LLC tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kazia Davette McNair aka Kazia D. McNair<br>Debtor(s)<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB AS TRUSTEE OF WV 2017-1 GRANTOR TRUST<br>Moving Party<br>v.<br>Kazia Davette McNair aka Kazia D. McNair<br>Debtor(s)<br><br>Scott Waterman Esq.<br>Trustee | CHAPTER 13<br>BK NO: 16-18079 PMM |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion Request an Extension of Time, it is hereby:

**ORDERED** that the deadline to file the Response to Notice of Final Cure be extended to February 10, 2022

Dated: 1/12/22

_____
United States Bankruptcy Judge
Hon. Patricia M. Mayer